**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7530**

———————

JERRY C. PULLEY,

                                    Plaintiff - Appellant,

        versus

JIM RUBENSTEIN, Commissioner; THOMAS MCBRIDE,
Warden; MICHAEL COLEMAN, Deputy Warden;
PATRICIA HANSHAW, Mailroom Supervisor; STACY
THOMAS, Inmate Accounts Trustee; RITA DUNLAP,
Trustee Clerk; SHEILA HOSEY, Law Librarian,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Robert C. Chambers,
District Judge. (CA-02-1217-5)

———————

Submitted:  July 29, 2004          Decided:  August 3, 2004

———————

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry C. Pulley, Appellant Pro Se.  Charles Patrick Houdyschell,
Jr., WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry C. Pulley appeals the district court's order accepting the magistrate judge's recommendation and denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2000), based on Pulley's failure to exhaust administrative remedies. Pulley also appeals the magistrate judge's orders denying his motions to amend the complaint and for the appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, see Pulley v. Rubenstein, No. CA-02-1217-5 (S.D.W. Va. Feb. 17, 2004), and by the magistrate judge, see id. (Dec. 10, 2002; Mar. 10, 2003; Aug. 12, 2003). We deny Pulley's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED